| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 06-CR-1174-01(NRB) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 09 2011 ★
BROOKLYN OFFICE

CR 11 629

BLOCK, J.

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Gene Faehner | SOUTHERN DISTRICT OF NEW YORK | Probation |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Naomi Reice Buchwald, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 4, 2011 / TO February 3, 2016 |

**OFFENSE**

Conspiracy to Distribute and Possess with Intent to Distribute Cocaine {21 U.S.C. 846(a)}, a Class A Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_August 22, 2011_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Eastern District of New York.**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Effective Date_

_United States District Judge_

**MEMORANDUM**
**TO MARC BROWN**
Administrative Supervisor
U.S. Clerk's Office
Eastern District of New York

**FILED**
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 09 2011 ★
BROOKLYN OFFICE

CR 11 629

BLOCK, J.

RE: FAEHNER, Gene
Docket No.: 06-CR-1174
**REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION AND ASSIGNMENT OF CASE TO SR. UNITED STATES DISTRICT JUDGE BLOCK FOR ENROLLMENT IN STAR COURT**

Reference is made to the above-noted offender who, on August 14, 2008, following his plea of guilty to 21 USC 846(a), Conspiracy to Distribute and Possess With Intent to Distribute Cocaine, the above-noted offender was sentenced by Southern District of New York United States District Judge (USDJ) Naomi Reice Buchwald to 36 months in custody to be followed by 5 years supervised release.

Additionally, the following special conditions were imposed: 1) the defendant will participate in a program approved by the probation officer, which may include testing to determine whether the defendant has reverted to using drugs or alcohol; 2) the defendant shall submit his person, residence, place of business, vehicle or any other premises under his control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of release may be found.

On February 4, 2011, the offender commenced his three-year term of supervised release. Because he resides in Queens, New York, he has been supervised by the Eastern District of New York.

On August 22, 2011, USDJ Buchwald authorized an order to transfer jurisdiction to the Eastern District of New York. In light of the aforementioned, pursuant to 18 USC 3605, our office is requesting that jurisdiction be transferred to EDNY. **Additionally, we respectfully request that this case be docketed and assigned to Sr. USDJ Frederic Block, as USDJ Buchwald consented to the transfer of jurisdiction on the condition that the offender be enrolled in the Eastern District of New York's STAR Court program.** We have attached two copies of Probation Form 22, Transfer of Jurisdiction, signed by USDJ Stein.

Should you have any questions or require additional information, please contact the undersigned officer at (347) 534-3543.

Very truly yours,

Steve Scherzer
U.S. Probation Officer